No. 71–999. Dixon, Treasurer of Illinois, et al. v. Castle, Senior Judge, U. S. Court of Appeals, et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.

No. 71–5567. Miller v. Salisbury, Correctional Superintendent. C. A. 6th Cir. Motion to amend petition granted. Certiorari denied.

No. 71–5577. McGregor v. Schmidt, Secretary, Department of Health and Social Services of Wisconsin, et al. Sup. Ct. Wis. Certiorari and other relief denied.

No. 70–161. Richardson, Secretary of Health, Education, and Welfare v. Wright et al., ante, p. 208;
No. 70–5211. Wright et al. v. Richardson, Secretary of Health, Education, and Welfare, ante, p. 208;
No. 71–183. Agua Caliente Band of Mission Indians et al. v. County of Riverside, California, ante, p. 933; and
No. 71–659. DeVilliers v. Atlas Corp., ante, p. 933. Petitions for rehearing denied.

No. 70–28. United States v. Generes et vir, ante, p. 93. Petition for rehearing denied. Mr. Justice Powell and Mr. Justice Rehnquist took no part in the consideration or decision of this petition.

No. 70–267. National Labor Relations Board v. Scrivener, dba AA Electric Co., ante, p. 117. Motions to dispense with printing and to dispense with taxation of costs granted. Petition for rehearing denied.